STONE LIBERTY REALTY CORPORATION, Respondent, *v.* BINGHAMTON SAVINGS BANK, Appellant.

Argued January 16, 1939; decided February 21, 1939.

*Sol A. Klein* and *Walter Lubarsky* for appellant.

*Noah Feldman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.